**James C. Edmonds, OSB # 86184**
E-MAIL: jedmonds@clarklindauer.com
CLARK, LINDAUER, FETHERSTON,
EDMONDS, LIPPOLD & COLLIER, LLP
880 Liberty Street NE, P.O. Box 2206
Salem, OR 97308-2206
Telephone: (503) 581-1542
Facsimile: (503) 585-3978

**Spencer T. Denison, CSB #976** *(Pro Hac Vice)*
E-MAIL: spencer.denison@hro.com
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

Attorneys for Plaintiff, Stephen E. Snyder, as Trustee
for the Liquidation of Consolidated Investment Services, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STEPHEN E. SNYDER, AS TRUSTEE FOR THE LIQUIDATION OF CONSOLIDATED INVESTMENT SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FLOWORKS, INC., a Nevada corporation, and LANGENBURG RESEARCH, INC., a Nevada corporation, <br><br> Defendants. | CASE NO. 6:07-CV-6053-HO <br><br> *[PROPOSED]* **ORDER GRANTING JOINT MOTION PURSUANT TO FED. R. CIV. P. 41(a)(2) FOR ORDER OF DISMISSAL WITHOUT PREJUDICE ON THE TERMS AND CONDITIONS THAT THE COURT RETAIN JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT** |

[PROPOSED] ORDER GRANTING JOINT MOTION PURSUANT TO FED.R.CIV.P. 41(a)(2) FOR ORDER OF DISMISSAL WITHOUT PREJUDICE ON THE TERMS AND CONDITIONS THAT THE COURT RETAIN JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT, Page 1

#1287850 v1

THIS MATTER having come before the Court on the Parties' joint motion pursuant to Fed. R. Civ. P. 41(a)(2) and as permitted by *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S.375, 114 S.Ct.1673, 128 L.Ed.2d 391 (1994), for an order dismissing this matter without prejudice on the express terms and conditions that the Court retains jurisdiction over the Parties and over their settlement agreement dated November 6, 2007; for the purpose of enforcing all aspects of that settlement agreement, including the entry and enforcement of that Stipulated Judgment as provided for therein, and the Court having considered the matter and being fully advised in the premises,

IT IS HEREBY ORDERED that the joint motion is GRANTED.

IT IS FURTHER ORDERED that this matter is dismissed without prejudice and the Court shall retain jurisdiction over the Parties for purposes of enforcing all aspects of the settlement agreement between the Parties dated November 6, 2007. in accordance with its terms, including the entry and enforcement of that Stipulated Judgment as provided for therein.

Dated: 1/18/08

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION PURSUANT TO FED.R.CIV.P. 41(a)(2) FOR ORDER OF DISMISSAL WITHOUT PREJUDICE ON THE TERMS AND CONDITIONS THAT THE COURT RETAIN JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT, Page 2

#1287850 v1